UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA
                                      :    21-mag-5116

      -against-                       :    ORDER
                                      :
Erik Ciriaco
                                      :
           Defendant
                                      :
--------------------------------------X

**Robert W. Lehrburger, United States Magistrate Judge:**

It is hereby **ORDERED** that the defendant, Erik Ciriaco (SSN ▓▓-

▓▓-4276; DOB 3/25/1996), participate and successfully complete

28 days of detoxification and rehabilitation services at

Cornerstone of Medical Arts located 159-05 Union Turnpike, Fresh

Meadows, NY, NY beginning on 05/24/2021 followed by inpatient

treatment for a minimum of 90 days.

      Dated: New York, New York
             May 21, 2021

                              SO ORDERED:

                              _____
                              **Robert W. Lehrburger**
                              **United States Magistrate Judge**